IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5: 18-CR-191-D1

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERMILL BLACKNELL | ) | |

Upon Motion of the United States and for the reasons stated in the Motion for Stay And Notice Of Appeal From Order Releasing Defendant; after a review of the pleadings; and for good cause shown, it is hereby ORDERED that the magistrate judge's Order in this case, issued on June 8, 2018, (D.E.# 36), placing the Defendant on pretrial release with conditions be stayed and that the Defendant be held in custody until further Order of this Court.

SO ORDERED, this the 14 day of June, 2018.

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE