FILED: April 21, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4694
(5:18-cr-00191-D-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JERMILL BLACKNALL, a/k/a Jermill Blacknell

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the government's unopposed motion to remand for resentencing, the court grants the motion, vacates the defendant's judgment, and remands this case to the district court for resentencing in light of this court's decision in *United States v. Singletary*, 984 F.3d 341 (4th Cir. 2021).

The clerk shall forward a copy of this order, accompanied by a copy of the motion to remand, to the district court.

Entered at the direction of Judge Floyd with the concurrence of Judge Keenan

and Judge Richardson.

                                            For the Court

                                            <u>/s/ Patricia S. Connor, Clerk</u>