IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-00191-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERMILL BLACKNALL,<br>Defendant | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Proposed Sealed Exhibit, which is docket entry number 219. The Court is of the opinion that this exhibit should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

This the 12 day of May 2021.

THE HONORABLE JAMES C. DEVER
UNITED STATES DISTRICT JUDGE