IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-191-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JERMILL BLACKNALL, ) | |
| ) | |
| Defendant. ) | |

In light of defendant's pending resentencing [D.E. 223], the court DENIES defendant's motion for compassionate release. See [D.E. 210]. At the resentencing hearing, the court will be able to consider the issues raised in defendant's motion for compassionate release.

SO ORDERED. This 14 day of May 2021.

JAMES C. DEVER III
United States District Judge