**U.S. Department of Justice**
United States Attorney
Eastern District of North Carolina

Request of United States Attorney for Production of
Federal Prisoner In The Custody of The United States
Pursuant to Title 18, United States Code, Section 3621(d)

---

The United States Attorney for the Eastern District of North Carolina, pursuant to 18 U.S.C. § 3621(d), does hereby request the United States Marshal for the Eastern District of North Carolina, or any other authorized officer, to produce one Jermill Blacknall, Reg. No.: 64979-056.

now confined at the Butner Medium II FCI, Old Highway 75, Butner, NC 27509 | Tel: (919) 575-8000 | Fax: (919) 575-8020.

in the custody of the warden or the person there in charge, before the

[X] United States District Court         [X] For Prosecution

[ ] United States Grand Jury             [ ] For Testimony

at Raleigh , North Carolina
   *(city)*                              *(state)*

[ ] forthwith

[X] at 8:00 a. .m., on September 7 Term of Court , 2021 , or at any time thereafter as the United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case

[X] United States of America v. Jermill Blacknall

Ct. No. 5:18-CR-00191-D-1

[ ] In Re Grand Jury Proceedings No. _____

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

SEAL OF UNITED STATES ATTORNEY [1]/

Robert J. Dodson
Assistant United States Attorney Requesting The Production of Prisoner In Custody

Telephone Nos. *(FTS):* (919) 856-4054

*(Commercial):* (919) 856-4530

Dated this 7th day of July , 2021 .

*(signature)*
United States Attorney [2]/
Robin P. Pendergraft

---

[1] / This request is invalid without the raised seal of the United States Attorney.

[2] / The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.

Previous Editions Obsolete

FORM USA-475
MAR. 89